FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 12  PM 4:42

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| ELBERT THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV606-074 |
| ) | |
| HUGH SMITH and DR. BURT, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

In an order dated August 30, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 3. The Court warned plaintiff that failure to return these forms by September 29, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has neither returned these forms nor paid the filing fee, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 12th day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA